IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MANCEL D. LOUALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION 15-0321-WS-N |
| | ) |
| JMC STEEL GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

STIPULATED FINAL JUDGMENT

In accordance with the separate Order entered on this date, approving the parties' settlement under the Fair Labor Standards Act, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be, and the same hereby is, entered in favor of plaintiff, Mancel D. Louallen, and opt-in plaintiffs, Kenneth J. Pugh, Bonnie Earl Waters, Jr., Ronnie L. Harris, and Christopher R. Moss, and against defendant, JMC Steel Group, Inc., in the total amount of **$54,957.00**. It is further **ORDERED, ADJUDGED** and **DECREED** that that sum is to be allocated as follows:

1. to plaintiff Mancel D. Louallen, $2,669.00 in back pay and an equal sum in liquidated damages, for a total of **$5,338.00**;
2. to opt-in plaintiff Kenneth J. Pugh, $3,595.50 in back pay and an equal sum in liquidated damages, for a total of **$7,191.00**;
3. to opt-in plaintiff Bonnie Earl Waters, Jr., $4,071.50 in back pay and an equal sum in liquidated damages, for a total of **$8,143.00**;
4. to opt-in plaintiff Ronnie L. Harris, $900.00 in back pay and an equal sum in liquidated damages, for a total of **$1,800.00;**
5. to opt-in plaintiff Christopher R. Moss, $2,242.50 in back pay and an equal sum in liquidated damages, for a total of **$4,485.00**; and
6. the sum of **$28,000.00** in attorney's fees.

DONE and ORDERED this 27th day of October, 2015.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE